IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NITROCRETE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-198-RP |
| | § | |
| DREW RAYMOND NELSON, MARK | § | |
| EDWARD NELSON, and NITRO | § | |
| FOUNDERS II, LLC, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On April 15, 2025, Defendants filed a motion to dismiss for lack of personal jurisdiction, improper venue, and failure to state a claim. (Dkt. 9). Defendants also filed an accompanying motion to stay the case pending resolution of the motion to dismiss. (Dkt. 10). Plaintiff NITROcrete LLC ("Plaintiff") opposed the stay, asserting the need to take jurisdictional discovery. (Dkts. 11, 12). The United States Magistrate Judge set a hearing on the motion to stay and motion to take jurisdictional discovery, but two weeks before the hearing, Defendants moved to withdraw their argument that the Court lacks personal jurisdiction over Plaintiffs' claims. (Dkt. 18). Accordingly, the Court mooted Plaintiffs' motion to take jurisdictional discovery, (Text Order dated June 5, 2025), and the United States Magistrate Judge granted Defendants' motion to stay as unopposed, (Text Order dated June 11, 2025).

The case is now stayed pending this Court's resolution of the remaining arguments Defendants have raised in their motion to dismiss. However, Plaintiff has not responded to the motion to dismiss.

Accordingly, **IT IS ORDERED** that Plaintiff shall respond to the motion to dismiss on or before **July 8, 2025**. **IT IS FURTHER ORDERED** that Defendants shall file their reply in support of the motion to dismiss on or before **July 15, 2025**.

**SIGNED** on June 24, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE